# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
    **Plaintiff**

    **v.**

**YSIDRO DEL ROSARIO,**
    **Defendant.**

**Criminal No. 07-546 (ADC)**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Marcos E. Lopez on February 29, 2008. (**Docket No. 32**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Ysidro Del Rosario** be adjudged guilty of the offenses charged in Count I (T. 21, U.S.C. §§ 952 and 960) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for May 1, 2008 at 10:00 a.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 18th day of March, 2008.

                                              S/**AIDA M. DELGADO-COLON**
                                              **United States District Judge**